# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT M. ROSS,

        Plaintiff,

vs.

STEPHEN BROWN, et al.,

        Defendants.

Case No. 2:07-cv-00873-KJD-GWF

**ORDER**

    This matter is before the Court on the Plaintiff's Application and Order for Appearance (of Stephen Brown) and Examination of Judgment Debtor and Request to Produce [Enforcement of Judgment] (#2), filed on June 25, 2007 and Plaintiff's Application and Order for Appearance (of Mary Brown) and Examination of Judgment Debtor and Request to Produce [Enforcement of Judgment] (#3), filed on June 25, 2007.  Upon review and consideration,

    **IT IS HEREBY ORDERED** that Plaintiff's Application and Order for Appearance (of Stephen Brown) and Examination of Judgment Debtor and Request to Produce [Enforcement of Judgment] (#2) and Plaintiff's Application and Order for Appearance (of Mary Brown) and Examination of Judgment Debtor and Request to Produce [Enforcement of Judgment] (#3) is **granted.**

    **IT IS FURTHER ORDERED** that Defendant/Stephen Brown and Defendant/Mary Brown appear in Courtroom 3A at the United States Courthouse for the District of Nevada, located at 333 Las Vegas Boulevard South, Las Vegas, Nevada, on **FRIDAY, AUGUST 3, 2007 at 11:30 a.m.**

. . .

1 **IT IS FURTHER ORDERED** that Plaintiff shall provide proof of service upon the Defendants regarding the Judgment Debtor Examinations and this Order before the hearing on August 3, 2007.

DATED this 6th day of July, 2007.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge