ROBERT M. ROSS
16133 Ventura Boulevard, Suite 1145
Encino, CA 91436
Tel: (818) 788-7007

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. ROSS, an individual, | Case No. 2:07-cv-00873-KJD-GWF |
| Plaintiff, | DECLARATION OF JEANNE M. SARMIENTO REGARDING SERVICE OF REVISED NOTICE OF CONTINUANCE OF ORDER FOR APPEARANCE OF JUDGMENT DEBTOR (STEPHEN BROWN) |
| vs. | |
| STEPHEN BROWN, an individual, MARY BROWN, an individual, MILAGRO ENTERTAINMENT, INC., a New York corporation, and DOES 1-10, inclusive, | |
| | Date: 9/21/07 |
| | Time: 2:00 p.m. |
| Defendants. | Ctrm: 3A |

## DECLARATION OF JEANNE M. SARMIENTO

I, Jeanne M. Sarmiento, hereby declare:

1. I am the assistant to Robert M. Ross, Plaintiff herein. I know the following to be true of my own personal knowledge and if called as a witness I

-1-

DECLARATION OF JEANNE M. SARMIENTO

could and would competently testify hereto.

2. On August 16, 2007, I mailed, via regular mail **and** certified mail, return receipt requested, the Revised Notice of Continuance of Order for Appearance of Judgment Debtor (Stephen Brown) to the following addresses:

Stephen Brown

30 Highland Creek Drive

Henderson, NV 89052


Milagro Entertainment, Inc.

A New York corporation

30 Highland Creek Drive

Henderson, NV 89052


Mary Brown

30 Highland Creek Drive

Henderson, NV 89052

3. A copy of the Revised Notice of Continuance of Order for Appearance of Judgment Debtor (Stephen Brown) is attached hereto as Exhibit "A" hereof.

DECLARATION OF JEANNE M. SARMIENTO

4. I have, in the past, mailed via certified mail, return receipt items to these individuals and corporation at that address and received the signed return receipt as acknowledgment of their receipt. This time, however, the three envelopes sent certified mail, return receipt requested were returned to our office with the notation, "Return to Sender Unclaimed Unable to Forward". Those three returned envelopes are attached hereto as Exhibit "B".

4. At the time of service, I also sent the Revised Notice by regular mail. Those three envelopes have not been returned to our office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th of September, 2007, at Encino, California.

_____
JEANNE M. SARMIENTO, Declarant

ROBERT M. ROSS
16133 Ventura Boulevard, Suite 1145
Encino, CA 91436
Tel: (818) 788-7007

Plaintiff in Pro Per

2007 AUG 17 A 11: 51

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. ROSS, an individual, | Case No. 2:07-cv-00873-KJD-GWF |
| Plaintiff, | REVISED NOTICE OF CONTINUANCE OF ORDER FOR APPEARANCE OF JUDGMENT DEBTOR (STEPHEN BROWN) |
| vs. | |
| STEPHEN BROWN, an individual, MARY BROWN, an individual, MILAGRO ENTERTAINMENT, INC., a New York corporation, and DOES 1-10, inclusive, | Date: 9/21/07<br>Time: 2:00 p.m.<br>Ctrm: 3A |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the Judgment Debtor Examination of Defendant Stephen Brown was held on Friday, August 3, 2007. Robert M. Ross appeared for Plaintiff. No appearance was made by Defendant Stephen Brown. The Court ruled as follows:

-1-

NOTICE OF CONTINUANCE

1. The Judgment Debtor Examination of Defendant Stephen Brown has been continued to September 21, 2007, at 2:00 p.m., in Courtroom "3A" of the United States Courthouse for the District of Nevada located at 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. A bench warrant was ordered issued and held until September 21, 2007.

3. Notice to be given by Plaintiff.

DATED: This 16th of August, 2007

_____
ROBERT M. ROSS, Plaintiff in Pro Per

-2-

NOTICE OF CONTINUANCE

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 16133 Ventura Boulevard, Suite 1145, Encino, California 91436.

On August 16, 2007, I served the foregoing document, described as:

**REVISED NOTICE OF CONTINUANCE OF ORDER FOR APPEARANCE OF JUDGMENT DEBTOR (STEPHEN BROWN)**

[X]   By placing [ ] the original [XX] true copie(s) thereof, enclosed in a sealed envelope(s), addressed as follows:

Stephen Brown
30 Highland Creek Drive
Henderson, NV 89052

Milagro Entertainment, Inc.
A New York corporation
30 Highland Creek Drive
Henderson, NV 89052

Mary Brown
30 Highland Creek Drive
Henderson, NV 89052

[X]   **BY REGULAR AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED:** I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that,

on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in this affidavit.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ] **BY FACSIMILE:** By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is 818-990-2399, to each interested party at the facsimile machine telephone number(s) set forth above or on the attached service list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

[ ] **State:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **Federal:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on August 16, 2007, at Encino, California.

JEANNE M. SARMIENTO

LAW OFFICES OF
IELMAN & ROSS
BOULEVARD, SUITE 1145
CALIFORNIA 91436

7001 2510 0003 7075 6273

U.S. POSTAGE   PB3580935
$05.21   AUG 16 2007
MAILED FROM ZIP CODE 91436

Stephen Brown
30 Highland Creek Drive
Henderson, NV 89052

NIXIE   891   DE 1   00 09/05/07

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 91436242495   *1152-03902-15-29



8

LAW OFFICES OF
KLASS, HELMAN & ROSS
16133 VENTURA BOULEVARD, SUITE 1145
ENCINO, CALIFORNIA 91436

**CERTIFIED MAIL**

7001 2510 0003 7075 6310

Mary Brown
80 Highland Creek Drive
Henderson, NV 89052

U.S. POSTAGE PB3580935
1000
1512 $05.210 AUG 16 2007
1689 MAILED FROM ZIP CODE 91436

091 DC 1        DD 09/05/07

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 91435242495    *1152-03855-15-39

NIXIE

LAW OFFICES OF
HELMAN & ROSS
ITURA BOULEVARD, SUITE 1145
ICINO, CALIFORNIA 91436

**CERTIFIED MAIL**

7001 2510 0003 7075 6297

U.S. POSTAGE   PB 3580935
$05.21  AUG 16 2007
MAILED FROM ZIP CODE  91436
1220
1592
1688

Milagro Entertainment, Inc.
A New York corporation
30 Highland Creek Drive
He

NIXIE       891    5E   1        39  09/05/07

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 91425242495    *0914-00999-17-39

9143502424

10

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 16133 Ventura Boulevard, Suite 1145, Encino, California 91436.

On September 17, 2007, I served the foregoing document, described as:

**DECLARATION OF JEANNE M. SARMIENTO REGARDING SERVICE OF REVISED NOTICE OF CONTINUANCE OF ORDER FOR APPEARANCE OF JUDGMENT DEBTOR (STEPHEN BROWN)**

[X]   By placing [ ] the original [XX] true copie(s) thereof, enclosed in a sealed envelope(s), addressed as follows:

Stephen Brown
30 Highland Creek Drive
Henderson, NV 89052

Milagro Entertainment, Inc.
A New York corporation
30 Highland Creek Drive
Henderson, NV 89052

Mary Brown
30 Highland Creek Drive
Henderson, NV 89052

[X]   **BY U.S. MAIL:** I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that,

11

on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in this affidavit.

[ ]   **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ]   **BY FACSIMILE:** By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is 818-990-2399, to each interested party at the facsimile machine telephone number(s) set forth above or on the attached service list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

[ ]   **State:**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   **Federal:**   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on September 17, 2007, at Encino, California.

_____
JEANNE M. SARMIENTO

12