Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
3990 Vegas Drive
Las Vegas, Nevada 89108
Telephone: (702) 474-4220
Facsimile (702) 474-4228
E-Mail: jeffrey@jeffreycogan.com
Attorney for Plaintiff, Robert M. Ross

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. ROSS, an individual, ) | Case No. 2:07-00873KJD-GWF |
| ) | |
| Plaintiff, ) | **AFFIDAVIT AND REQUEST** |
| ) | **FOR ISSUANCE OF WRIT OF** |
| vs. ) | **ASSISTANCE** |
| ) | |
| STEPHEN BROWN, an individual, MARY ) | |
| BROWN, an individual, MILAGRO ) | |
| ENTERTAINMENT, INC., a New York ) | |
| corporation, and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

STATE OF NEVADA   )
                  ) ss.
COUNTY OF CLARK   )

I, Jeffrey Cogan, being first duly sworn, hereby deposes and says:

1. Judgment for $626,2234.22 was entered on April 25, 2007, in the docket of the United States District Court, Central of California, in case number 06-6571 DDP, Robert Ross as Judgment Creditor, and against Stephen Brown and Mary Brown as Judgment Debtors.

2. Said Judgment was registered herein on April 25. 2007, under title 28, U.S.C. Sec. 1963, in this case.

Page 1

3. On October 5, 2009 A Stipulation for Turn-Over of Property and Continuance of Examination of Judgment Debtor and Order was duly executed by all parties and their counsel and an Order was made by the Honorable George Foley, Jr., a copy of which is attached hereto as Attachment "A" hereof.

4. Filed herewith is the Declaration of Robert M. Ross in Support of Application for Issuance of Writ of Assistance.

5. I am the attorney for said judgment Creditor, and request issuance of a Writ of Assistance pursuant to Federal Rules of Civil Procedure, Rule 70 (d) to enforce the Court's Order of October 5, 2009 For Turn-Over of the property listed therein.

DATED this 2nd day of December, 2009

_____
Jeffrey A. Cogan
Attorney for Judgment Creditor

SUBSCRIBED and SWORN to before me
this 2nd day of December, 2009

_____
NOTARY PUBLIC in and for the
County of Clark, State of Nevada



TUBOU NELSON
Notary Public State of Nevada
No. 93-1487-1
My appt. exp. May 15, 2010

# EXHIBIT "A"

ROBERT M. ROSS
16133 Ventura Boulevard, Suite 1145
Encino, CA 91436
Tel: (818) 788-7007

Plaintiff in Pro Per

2007 DEC 26 P 12: 34

UNITED STATES DISTRICT COURT

THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. ROSS, an individual, ) | Case No. 2:07-cv-00873-KJD-GWF |
| Plaintiff, ) | **STIPULATION FOR ORDER FOR TURN-OVER AND DELIVERY OF PROPERTY OF JUDGMENT DEBTOR PURSUANT TO STIPULATION AND FOR CONTINUANCE OF APPEARANCE OF JUDGMENT DEBTOR (STEPHEN BROWN)** |
| vs. ) | |
| STEPHEN BROWN, an individual, MARY BROWN, an individual, MILAGRO ENTERTAINMENT, INC., a New York corporation, and DOES 1-10, inclusive, ) | |
| Defendants. ) | Date: 11/30/07<br>Time: 2:00 p.m.<br>Ctrm: 3A |

Plaintiff, ROBERT M. ROSS and Judgment Debtor STEPHEN BROWN, hereby stipulate and agree to continue the Examination of Judgment Debtor, Defendant Stephen Brown from November 30, 2007, at 2:00 p.m., in Courtroom "3A" of the United States Courthouse for the District of Nevada located at 333 Las

-1-

STIPULATION AND ORDER FOR TURNOVER OF PROPERTY AND CONTINUANCE OF ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Vegas Boulevard South, Las Vegas, Nevada, to Friday, December 21, 2007, at 2:00 PM in Courtroom "3A" of the United States District Court for the District of Nevada, located at 333 Las Vegas Boulevard South, Las Vegas, Nevada,

The parties further Stipulate and Agree that this court shall issue an Order that Robert M. Ross shall possess the following documents and assets with the rights to execute thereon as provided for herein:

1. To enforce the Assignment of Shares and Authorization to Sell between the parties, dated November 28, 2007, Ross shall receive 2,500,000 shares of preferred stock, and 16,822,127 shares of common stock of American Uranium Mining, Inc. which are the subject of that certain Letter of Intent dated November 26, 2007, between Stephen Brown, individually and on behalf of Vavoom Media, Inc. as buyers, and Richard Berman, as seller. Ross shall keep and maintain said shares, save and except only 625,000 shares of preferred stock and 4,205,532 shares of common stock which shall be delivered by Ross to Brown, or his order, upon receipt of the sum of $325,000.00, from Brown on of before December 15, 2007.

2. Brown shall have the right to redeem ninety percent (90%) of all remaining shares upon payment of the Judgement entered in favor of Ross, et al. in the case captioned Jones, et al. vs. Brown, et al. U.S.D.C. (Central District of

-2-

California) case number CIV 06-6571 DDP and all accrued interest thereon, upon the following terms and on the following dates:

    a.   10% of the Judgment and all accrued interest thereon to be paid on or before April 1, 2008;

    b.   15% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before July 1, 2008;

    c.   25% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before October 1, 2008;

    d.   25% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before October 1, 2008;

    e.   25% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before December 1, 2008;

    f.   All remaining unpaid principal amount of the Judgment and all accrued interest thereon to be paid on or before April 1, 2009;

3.   In the event any of the payments are not made, or are made in any amount less than the full percentage of the amount due, then and in that event Ross shall, pursuant to the Order of this Court to be issued on this Stipulation, have the unfettered right to sell so many of the shares of stock delivered to him in accordance herewith as may be necessary to satisfy the amount of the installment

-3-

obligation then due. Pursuant to the Stipulation of the parties, the Court shall, upon Ex Parte Notice and request of Ross, supported by Declaration under penalty of perjury attesting to the amount due, the amount paid, if any, and the deficiency or difference in said payment, issue this Court's Order permitting and authorizing the sale of such shares of stock as may be necessary to satisfy such deficiency. Ross shall have the unfettered right to sell such shares for any price provided that Brown shall have a right of first refusal to purchase said shares at any price for which Ross would have otherwise sold said shares.

4. Brown shall forthwith deliver to Ross all of the shares of Vavoom Media Group, Inc., a Nevada corporation, which shall be held by Ross, in trust, and which Ross agrees to tender, if, as and when required, for a reverse merger of said entity into American Uranium Mining, Inc. In the event that Brown fails to tender the sum of $325,000.00 on or before December 15, 2007, then and in that event said shares are no longer held in trust but become collateral for the payment of the Judgment on the terms and under the conditions herein set forth in paragraphs 2 and 3 hereof.

5. The parties further stipulate that this court has, and shall continue to retain, personal jurisdiction over Stephen Brown for all purposes, including specifically, the right to order the personal appearance of Stephen Brown before

-4-

the court to complete the Judgement Debtor Examination now calendared for November 30, 2007, and, by this Stipulation, to be continued to December 21, 2007.

6. Judgment Debtor shall not transfer or assign any rights or contracts now existing in the name of Vavoom Media Group, Inc. to any other entity and those rights shall be and remain the property, tangible or intangible of Vavoom Media Group, Inc. unless or until the reverse merger referred to in paragraph 4 hereof occurs.

7. Provided Judgment Debtor has delivered the sum of $325,000.00 on or before December 15, 2007, and has delivered all of the shares of Vavoom Media Group, Inc. as set forth in paragraph 4 hereof, then and in that event, no appearance shall be required of Judgment Debtor on December 21, 2007.

DATED:

IT IS SO STIPULATED:

_____
ROBERT M. ROSS, Plaintiff in Pro Per

_____
STEPHEN BROWN, Defendant and
Judgment Debtor

-5-

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 16133 Ventura Boulevard, Suite 1145, Encino, California 91436.

On December 21, 2007, I served the foregoing document, described as:

**STIPULATION FOR ORDER FOR TURN-OVER AND DELIVERY OF PROPERTY OF JUDGMENT DEBTOR PURSUANT TO STIPULATION AND FOR CONTINUANCE OF APPEARANCE OF JUDGMENT DEBTOR (STEPHEN BROWN)**

[X] By placing [ ] the original [XX] true copie(s) thereof, enclosed in a sealed envelope(s), addressed as follows:

Stephen Brown
30 Highland Creek Drive
Henderson, NV 89052

Milagro Entertainment, Inc.
A New York corporation
30 Highland Creek Drive
Henderson, NV 89052

Mary Brown
30 Highland Creek Drive
Henderson, NV 89052

[X] **BY U.S. MAIL:** I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in this affidavit.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ] **BY FACSIMILE:** By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is 818-990-2399, to each interested party at the facsimile machine telephone number(s) set forth above or on the attached service list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

[ ] **State:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **Federal:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on December 21, 2007, at Encino, California.

_____
JEANNE M. SARMIENTO

ROBERT M. ROSS
16133 Ventura Boulevard, Suite 1145
Encino, CA 91436
Tel: (818) 788-7007

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. ROSS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN BROWN, an individual,<br>MARY BROWN, an individual,<br>MILAGRO ENTERTAINMENT, INC.,<br>a New York corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:07-ms-00045-NA<br><br>**ORDER FOR TURN-OVER AND DELIVERY OF PROPERTY OF JUDGMENT DEBTOR PURSUANT TO STIPULATION AND FOR CONTINUANCE OF APPEARANCE OF JUDGMENT DEBTOR**<br><br>Date: November 30, 2007<br>Time: 2:00 PM<br>Place: Courtroom 3A |

Upon reading the Stipulation of Judgment Debtor STEPHEN BROWN and plaintiff ROBERT M. ROSS, and good cause appearing therefore, the Court hereby makes the following orders:

///

-1-

The Judgment Debtor proceedings, heretofore set for November 30, 2007, at 2:00 P.M. in Courtroom 3A are hereby continued to Friday, December 21, 2007, at 2:00 P.M. in Courtroom 3A of the United States District Court for the District of Nevada, located at 333 Las Vegas Boulevard South, Las Vegas, Nevada.

Pending said date, the Court further Orders, pursuant to the Stipulation of the parties, as follows:

1. Ross shall receive, keep and retain, as collateral for the payment of the Judgment in the matter of Jones, et al. vs. Brown, et al. U.S.D.C. (Central District of California) case number CIV 06-6571 DDP, 2,500,000 shares of preferred stock, and 16,822,127 shares of common stock of American Uranium Mining, Inc. which are the subject of that certain Letter of Intent dated November 26, 2007, between Stephen Brown, individually and on behalf of Vavoom Media, Inc. as buyers, and Richard Berman, as seller. Ross shall keep and maintain said shares, save and except only 625,000 shares of preferred stock and 4,205,532 shares of common stock which shall be delivered by Ross to Brown, or his order, upon receipt of the sum of $325,000.00, from Brown on or before December 15, 2007.

///

///

-2-

2. Brown shall have the right to redeem ninety percent (90%) all remaining shares upon payment of the Judgement entered in favor of Ross, et al. in the case captioned Jones, et al. vs. Brown, et al. U.S.D.C. (Central District of California) case number CIV 06-6571 DDP and all accrued interest thereon, upon the following terms and on the following dates:

    a. 10% of the Judgment and all accrued interest thereon to be paid on or before April 1, 2008;

    b. 15% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before July 1, 2008;

    c. 25% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before October 1, 2008;

    d. 25% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before October 1, 2008;

    e. 25% of the remaining principal amount of the Judgment and all accrued interest thereon to be paid on or before December 1, 2008;

    f. All remaining unpaid principal amount of the Judgment and all accrued interest thereon to be paid on or before April 1, 2009;

///

///

-3-

ORDER ON STIPULATION FOR TURNOVER AND DELIVERY OF PROPERTY
AND CONTINUING JUDGMENT DEBTOR APPEARANCE
K:\Bob Office\JONES v BROWN\NEVADA COLLECTIONS\ORDER_FOR_CONT_-_TURNOVER_PROP-1.wpd

3. In the event any of the payments are not made, or are made in any amount less than the full percentage of the amount due, then and in that event Ross shall, pursuant to this Order, have the unfettered right to sell so many of the shares of stock delivered to him in accordance herewith as may be necessary to satisfy the amount of the installment obligation then due. The Court shall, upon Ex Parte Notice and request of Ross, supported by Declaration under penalty of perjury attesting to the amount due, the amount paid, if any, and the deficiency or difference in said payment, issue this Court's Order permitting and authorizing the sale of such shares of stock as may be necessary to satisfy such deficiency. Ross shall have the unfettered right to sell such shares for any price provided that Brown shall have a right of first refusal to purchase said shares at any price for which Ross would have otherwise sold said shares.

4. Brown shall forthwith deliver to Ross all of the shares of Vavoom Media Group, Inc., a Nevada corporation, which shall be held by Ross, in trust, and which Ross agrees to tender, if, as and when required, for a reverse merger of said entity into American Uranium Mining, Inc. In the event that Brown fails to tender the sum of $325,000.00 on or before December 15, 2007, then and in that event said shares are no longer held in trust but become collateral for the payment of the Judgment on the terms and under the conditions herein set forth in

-4-

paragraphs 2 and 3 hereof.

5. The parties further stipulate that this court has, and shall continue to retain, personal jurisdiction over Stephen Brown for all purposes, including specifically, the right to order the personal appearance of Stephen Brown before the court to complete the Judgement Debtor Examination now calendared for November 30, 2007, and, by this Stipulation, to be continued to December 21, 2007.

6. Judgment Debtor shall not transfer or assign any rights or contracts now existing in the name of Vavoom Media Group, Inc. to any other entity and those rights shall be and remain the property, tangible or intangible of Vavoom Media Group, Inc. unless or until the reverse merger referred to in paragraph 4 hereof occurs.

7. Provided Judgment Debtor has delivered the sum of $325,000.00 on or before December 15, 2007, and all of the shares of Vavoom Media Group, Inc. as set forth in paragraph 4 hereof and has turned over and delivered all of the items identified herein, then and in that event, no appearance shall be required of Judgment Debtor on December 21, 2007.

///

///

8.  Judgment debtor Stephen Brown shall forthwith provide a copy of his drivers license and his social security card and number to plaintiff Robert M. Ross.

Dated: January 4, 2008

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Approved as to form and content:

*[signature]*
Stephen Brown, Defendant and
Judgment Debtor

*[signature]*
Robert M. Ross, Plaintiff and
Judgment Creditor

-6-

ORDER ON STIPULATION FOR TURNOVER AND DELIVERY OF PROPERTY
AND CONTINUING JUDGMENT DEBTOR APPEARANCE
H:\Bob Office\JONES v BROWN\NEVADA COLLECTIONS\ORDER_FOR_CONT_-_TURNOVER_PROP-1.wpd