**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| ROBERT M. ROSS, | ) |
|                   Plaintiff, | )    Case No. 2:07-cv-00873-KJD-GWF |
| vs. | )    **ORDER** |
| STEPHEN BROWN, et al., | ) |
|                   Defendants. | ) |

This matter is before the Court on the Plaintiff's Notice Regarding Status of Service of Order and Request for Continuance of Examination of Judgment Debtor (#90), filed April 21, 2011. Plaintiff requests that the Judgment Debtor Examination of Mary Brown be continued for 45 days because Plaintiff has been unable to serve Ms. Brown despite Plaintiff's due diligence. (*Id.*) Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Request for Continuance of Examination of Judgment Debtor (#90) is **granted**.

**IT IS FURTHER ORDERED** that Defendant/Judgment Debtor Mary Brown is to appear in Courtroom 3A at the United States Courthouse for the District of Nevada, located at 333 Las Vegas Boulevard South, Las Vegas, Nevada on **Friday, June 10, 2011 at 1:30 p.m.**

. . .

. . .

. . .

. . .

. . .

. . .

Case 2:07-cv-00873-KJD-GWF   Document 92   Filed 04/25/11   Page 2 of 2

1   **IT IS FURTHER ORDERED** that Plaintiff shall provide proof of service upon the Defendant regarding the Judgment Debtor Examination and Documents to be Produced and this Order before the hearing on June 10, 2011.

DATED this 25th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge