Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
6900 Westcliff Drive, Suite 511
Las Vegas, Nevada 89145
Telephone: (702) 474-4220
E-Mail: jeffrey@jeffreycogan.com
Attorney for Plaintiff, Robert M. Ross

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT M. ROSS, an individual, | Case No. 2:07-cv-00873-KJD-GWF |
| Plaintiff, | |
| vs. | |
| STEPHEN BROWN, an individual, MARY BROWN, an individual, MILAGRO ENTERTAINMENT, INC., a New York corporation, and DOES 1-10, inclusive, | **WRIT OF ASSISTANCE** |
| Defendants. | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

A Judgment entered on April 25, 2007, in the United States District Court, Central District of California was registered herein on June 6, 2007, in the above-entitled court in favor of Plaintiff, Robert M. Ross and against Stephen Brown, Mary Brown and Milagro Entertainment, a New York corporation, jointly and severally, in the amount of $642,190.32 plus interest at the legal rate from the date of entry of judgment plus attorney's fees in the sum of $19,628.68 plus interest thereon at the legal rate.

Page 1

WHEREAS, you are directed to take possession of the personal property cited below from Pacific Stock Transfer at 4045 South Spencer Street, Suite 403, Las Vegas, Nevada 89119:

    a.    All of the shares of stock in Evolve Beverages, Inc. owned by judgment debtors.

    b.    All of the shares of stock in RRRC, Inc. owned by judgment debtors.

    c.    All of the shares of stock in Umii, Inc. owned by judgment debtors.

    d.    All of the shares of stock in Lucozade USA, Inc. owned by judgment debtors.

    e.    Any and all other securities in the name of, or in which Judgment Debtors, Stephen Brown and/or Mary Brown hold in the disjunctive as well as injunctive or have legal or equitable interest in.

YOU ARE THEREFORE COMMANDED to seize said property herein described as provided by law, and make return of this Writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

YOU ARE FURTHER COMMANDED, to turn over any property seized under this order to the Plaintiff by and through his Attorney, Jeffrey Cogan, 6900 Westcliff Drive, Suite 511, Las Vegas, Nevada 89145. The U.S. Marshal or his representative is authorized to use reasonable force in the execution of this Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service harmless

1  of any liability that may be imposed as a result of the execution of the Order being

2  enforced hereunder.

LANCE S. WILSON  
CLERK

*Lance S. Wilson*  
(By) DEPUTY CLERK

September 20, 2012  
DATE

By: /s/ Molly Morrison  
Deputy Clerk