**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT M. ROSS,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN BROWN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:07-cv-00873-KJD-GWF<br><br>**ORDER**<br><br>Ex Parte Application to Employ Auctioneer (#104) |

　　　This matter comes before the Court on Plaintiff Robert Ross' ("Plaintiff") Ex Parte Application to Employ Auctioneer (#104) ("Application"), filed on November 6, 2012. Under Local Rule 7-5(b), all ex parte motions or applications must contain a statement showing good cause why the matter was submitted to the Court without notice to all parties. In the instant Application, Plaintiff does not state nor does the Court find good cause why all parties were not given notice. Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Application to Employ Dan Watson of Nellis Auction, as Auctioneer, Pay Commission and Motion to Sell Personal Property at Public Auction Pursuant to 28 U.S.C. §2004 (#104) is **stricken.** Plaintiff is directed to re-file his Application without ex parte designation, or with a statement showing good cause why the matter was filed ex parte.

　　　DATED this 9th day of November, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge